IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| YOLANDA ROBINSON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:14-CV-1048-O |
| | § | |
| THE CREEK APARTMENTS | § | |

### ORDER AUTHORIZING PLAINTIFF TO PROCEED IN FORMA PAUPERIS

On January 7, 2015 plaintiff Yolanda Robinson filed a completed long form application to proceed in forma pauperis.[1] Having reviewed Plaintiff's in-forma-pauperis motion/application, the undersigned has determined that Plaintiff is entitled to proceed in forma pauperis under 28 U.S.C. § 1915(a)(1). Although the information provided by Plaintiff indicates that in forma pauperis status is presently warranted, Plaintiff is advised that under 28 U.S.C. § 1915(e)(2), the Court shall **dismiss** the case at any time if the Court determines **the allegation of poverty is untrue, or if the action is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief**.[2] *See* 28 U.S.C. § 1915(e)(2)(B).

It is therefore ORDERED that Plaintiff's motions to proceed in forma pauperis [docket nos. 2 and 7] are GRANTED, such that plaintiff Yolanda Robinson is authorized to proceed with the commencement of this civil suit without prepayment of fees or the

---

[1] The original in-forma-pauperis motion, filed December 29, 2014, was incomplete.

[2] No summons shall issue unless authorized by further order of the Court.

necessity of giving security therefor.

After docketing of this order, this action should be returned to the United States District Judge for further review and for such other action as may be deemed appropriate.

SIGNED January **7**, 2015.

                                  JEFFREY L. CURETON
                                  UNITED STATES MAGISTRATE JUDGE